

FILED
JUN - 1 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Robert B. Jobe (Cal. State Bar #133089)
   Aruna Sury
2  LAW OFFICE OF ROBERT B. JOBE
   550 Kearny, Suite 150
3  San Francisco, CA  94108
   (415) 956-5513
4
   Attorneys for Petitioner.
5

6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8
                       SAN FRANCISCO DIVISION
9

10 GURTEJ SINGH,                          )
   (INS A# 95-588-884)                    )
11                                        )
           Petitioner,                    )
12                                        )
           v.                             )  No. 05-1454 - MHP
13                                        )
                                          )
14 MICHAEL CHERTOFF, SECRETARY,           )
   DEPARTMENT OF HOMELAND SECURITY;       )  STIPULATION AND
15 CHARLES DEMORE, SPECIAL AGENT-IN-      )  [PROPOSED] ORDER
   CHARGE, SAN FRANCISCO DISTRICT         )  FOR BRIEFING SCHEDULE
16 OFFICE; NANCY ALCANTER, FIELD          )
   OFFICE DIRECTOR, IMMIGRATION AND       )
17 CUSTOMS ENFORCEMENT; MARK              )
   CHANDLESS, WARDEN, YUBA COUNTY         )
18 JAIL; EMILIA BARDINI, DIRECTOR,        )
   SAN FRANCISCO ASYLUM OFFICE,           )
19                                        )
                                          )
20         Respondents.                   )
                                          )
21 _____)

22

23     With respect to Petitioner Gurtej Singh's Habeas Petition

24 filed with this Court on April 8, 2005, the parties stipulate to

25 the following briefing schedule:

26
   Respondents' Opposition Due: **July 1, 2005;**
27

28 Stipulation and [Proposed] Order for Briefing Schedule
                                    1

```
Petitioner's Traverse Due:    July 18, 2005;
Court hearing:                Monday, August 8, 2005 at 2:00 p.m.
```

Date: 5/27/05

Robert B. Jobe
Aruna Sury
LAW OFFICE OF ROBERT B. JOBE
550 Kearny, Suite 150
San Francisco, CA 94108
(415) 956-5513

Attorneys for Petitioner

Date: 5/27/05

Edward Olsen
Assistant United States Attorney
Attorney for Respondents

[PROPOSED] ORDER

Pursuant to the parties' stipulation, it is ordered that the briefing schedule, as stipulated to by the parties, be applied to Petitioner's habeas petition pending before this Court.

Hon. Marilyn Hall Patel
District Judge
United States District Court
Northern District of California

DATED: 5/31/05

Stipulation and [Proposed] Order for Briefing Schedule